# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147291

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 147291
COA: 309303
Berrien CC: 2011-002807-FH

MELODY TYNETTE JONES,
      Defendant-Appellant.

_____/

      By order of October 28, 2013, the application for leave to appeal the April 25, 2013 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Earl* (Docket No. 145677). On order of the Court, the case having been decided on March 26, 2014, 495 Mich 33 (2014), the application is again considered and, it appearing to this Court that the case of *People v Cunningham* (Docket No. 147437) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



Clerk

d0519